CONSENT TO BECOME A PARTY PLAINTIFF

1. I consent and agree to pursue my wage claims through the lawsuit filed against my employer or former employer.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act and the Illinois Minimum Wage Law and may be amended to include State claim for the State in which I worked. I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

3. I intend to pursue my claims individually, unless and until the Court certifies this case as a collective or a class, which I understand has also been alleged.

4. In the event the case is certified and then decertified, I authorize Plaintiffs' counsel to use this consent form to re-file my claims in a separate or related action against my employer.

Ana Avila
Name

*[signature]*
Signature

03-25-2021
Date