# EXHIBIT 1

ILLINOIS DEPARTMENT OF
# Human Rights

JB Pritzker, Governor
James L. Bennett, Director

February 19, 2021

Ana Avila
2435 S. St. Louis
Apt. 1
Chicago, IL  60623

Re:  Charge Number: 2020CF1331
     Respondent: JDD Investment Co.

Dear Ana Avila,

We regret to inform you that the time limitation for the Department of Human Rights (IDHR) to complete its investigation of your charge has expired. The expiration date was **January 13th, 2021**.

As per the Illinois Human Rights Act, Section 7A-102(G) (Time Limit), you have the right to file a complaint directly with the Human Rights Commission or commence a civil action in the appropriate state circuit court if the IDHR has not completed the investigation of your case (either by issuing a notice of substantial evidence or a notice of dismissal) within 365 days from the date you filed your perfected signed and notarized charge, or within any extension of that time to which you and the Respondent have agreed in writing. IDHR has calculated the 365th day to be **January 12th, 2021**.

If you wish to pursue your complaint, *you must either* **file a complaint with the Human Rights Commission OR commence a civil action in the appropriate state circuit court** within the 90-day window period after the expiration date. We have calculated the window period for filing your complaint or civil action to be from **January 13th, 2021 to April 12th, 2021**. If you file a complaint outside this 90-day window period, your complaint may be dismissed. **If you decide to file a civil action in Circuit court, please notify the U.S. EEOC.**

*The Appellate Courts in <u>Watkins v. Office of the State Public Defender</u>, ___ Ill.App.3d ___, 976 N.E.2d 387 (1st Dist. 2012) and <u>Lynch v. Department of Transportation</u>, ___ Ill.App.3d ___, 979 N.E.2d 113 (4th Dist. 2012), have held that discrimination complaints brought under the Illinois Human Rights Act ("IHRA") against the State of Illinois are barred by the State Lawsuit Immunity Act. (745 ILCS 5/1 et seq.). Complainants are encouraged to consult with an attorney prior to commencing a civil action in the Circuit Court against the State of Illinois.

Once the 455th day has passed, IDHR must dismiss your charge with prejudice without any further right to proceed if you have not filed a complaint with the Human Rights Commission (HRC) or commenced a civil action in the appropriate state circuit court. Therefore, pursuant to Section 7A-102(G)(3), you are hereby notified that your case is dismissed with prejudice should you fail to file a complaint. If you do not file a complaint, and there is an "A" or "F" in your charge number, your case will automatically be forwarded to EEOC (Equal Employment Opportunity Commission) for investigation.

If you file a complaint with the HRC or the circuit court, the form of the complaint must be in accordance with Section 7A-102(F) (Complaint) of the Human Rights Act. If you file a complaint with HRC, you must serve a copy of the complaint on the IDHR on the same day that you file the complaint with the HRC. The HRC will then schedule a hearing for your case before an Administrative Law Judge. If you have any questions about filing an HRC complaint, you should contact the HRC at (312) 814-6268 or 814-6269.

**The Department of Human Rights cannot provide any legal advice or assistance.** Therefore, you may wish to contact an attorney to decide the best way for you to handle your case.

Sincerely,


Unassigned Case Unit


Cc: JDD Investment Company
C/O Christopher W. Sheekey
1200 Sherman Rd.
Suite 424
One Lane Center
Northbrook, IL 60062

H81509.HB0059
Rev. 02/19