# EXHIBIT 2

**VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT** *THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY.* R.D. No. **JD110982**

INCIDENT: **ASSAULT - Simple**  IUCR CODE: **0560**  DATE/TIME OF OCCURRENCE: **09 JAN 20**

NAME OF VICTIM/COMPLAINANT: **Avila Ana Cristina**  BEAT/UNIT OF ASSIGN.: **100**  BEAT OF OCCUR.: **1233**

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. **Donald D. Tavis**

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Branch: _____ Court Loc.: _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 674 - 7200.

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will reviewed and retained to determine if criminals active in the area can be identified, *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

**TO REPORT ADDITIONAL INFORMATION**
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

|  | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|---|
| AREA CENTRAL | ☐ (312) 747-8384 | ☑ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA SOUTH | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8274 |
| AREA NORTH | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| BOMB SECTION | ☐ (312) 746-7622 | ARSON SECTION ☐ (312) 746-7618 | |
| FINANCIAL CRIMES SECTION | ☐ (312) 746-9661 | | |

**MISSING PERSONS**
☐ If the missing person is **under** 18 years of age, contact the National Center of Missing and Exploited Children 1-800-THE-LOST, www.missingkids.com, National Runaway Safeline: 1-800-RUN-AWAY, www.1800runaway.org.
☐ If the missing person is **over** 18 years of age, contact the Illinois State Police Clearinghouse for Missing Persons : 1-800-U-HELP-ME, www.isp.state.il.us/CRIME/missing.cfm.
☐ When persons reported missing are located or have returned contact: (312) 747-5789 or (312) 747-2881.

**COPY OF THE REPORT**
The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained. To obtain a copy of the report, you can send a check or money order payable to the *"DEPARTMENT OF REVENUE-CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department, Records Division, Customer Service Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R. D. Number. You can also visit in person or call (312) 745-5130 between 8:00 a.m. - 3:00 p.m., Monday - Friday (excluding public holidays).

**MAKE THE RIGHT CALL**
To report a crime in progress or other emergency that requires immediate police response, call **911**.
To report non-emergency situations, call the Police Department at **311** within City limits, or if outside the City limits call (312) 746-6000.

**CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)**
SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out which beat you live on or how to become involved, call **311** or visit online at: http://www.chicagopolice.org.

Beat No. _____ Next Beat Community Meeting (date/time) _____
at (location) _____

**TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)**
Hearing-impaired persons in need of assistance during normal business hours may contact their local police district or the Special Activities Section at (312) 745 - 5823.

**OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES**
If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is **not** made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.*

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,15,16,17, 25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 18,19, 20, 24 | Branch 29 | 5555 W. Grand Ave. |
| ☐ 3, 4, 5, 6, 7, 8, 22 | Branch 35 | 727 E. 111th St. |
| ☐ 1, 2, 9,10,11,12 | Branch 43 | 3150 W. Flournoy St. |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison Street, on the first floor.

**AUTOMATED VICTIM NOTIFICATION (AVN)**
The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail: call 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

**ILLINOIS CRIME VICTIMS NOTIFICATION**
Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling 1-800-228-3368, TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

**RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED**
The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

**CREDIT CARDS - CHECKS, LOST OR STOLEN**
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

CPD-11.383 (Rev. 1/19)-English    **IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**